IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 29, 2008

Charles R. Fulbruge III
Clerk

No. 07-10958

In The Matter Of: JOSEPH M FRIEDHEIM; JOYCE A FRIEDHEIM

Debtors

---

THE CADLE COMPANY

Appellant

v.

JOSEPH M FRIEDHEIM; JOYCE A FRIEDHEIM

Appellees

Appeal from the United States District Court
for the Northern District of Texas, Dallas
USDC No. 3:07-CV-181

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH Cir. R. 47.6. All outstanding motions are DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.